BEFORE THE THIRD DIVISION, NOVEMBER 18, 1963

No. 68123.—Aut Customs Brokers, Inc. *v.* United States, protest 62/19455 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, NOVEMBER 20, 1963

No. 68124.—Excelsior Accordions, Inc., et al. *v.* United States, protests 60/21044, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.